RECEIVED
STATESVILLE, NC

AUG 5 2005

Clerk, U. S. Dist. Court
W. Dist of N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:04CV102

| | |
|---|---|
| PRIORITY RECORDS LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GENE SCRONCE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court upon the plaintiffs' Motion to Admit *Pro Hac Vice* Charles H. Cooper, Esq., and for the good cause recited in such motion,

It is hereby ORDERED that said motion is GRANTED and that Charles H. Cooper, member of the Missouri bar, is given leave to participate in the conduct of all proceedings in this action before this Court, in association with David W. Sar, Mark J. Prak, Charles E. Coble and other attorneys of their law firm, who are members of the bar of this Court, via admission *pro hac vice*, as co-counsel for plaintiffs in this matter.

Dated: 8/9/05

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

1697394v1